IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:10-00301 |
| v. ) | JUDGE HAYNES |
| ) | |
| WILLIAM EDWARD JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A status conference is set in this action for **Friday, October 26, 2012 at 3:00 p.m.**

It is so **ORDERED**.

ENTERED this the ____ day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge