# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA,    )
    )
        Plaintiff,    )      CASE NO. 3:10-00301
    )      Chief Judge Haynes
v.    )
    )
WILLIAM EDWARD JOHNSON,    )
    )
        Defendant.    )

## O R D E R

Upon the motion to dismiss indictment (Docket Entry No. 89) filed by the United States of America, the indictment against the Defendant William Edward Johnson is **DISMISSED with prejudice**.

The status conference scheduled for October 26, 2012 at 3:00 p.m. is **CANCELLED**.

It is so **ORDERED**.

**ENTERED** this the _____ day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge